UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-mj-03829-LFL

UNITED STATES OF AMERICA

v.                                                                                            **FILED UNDER SEAL**

JUAN ANDRES DONATO BAUTISTA,

    Defendant.
_____ /

## SEALED ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. In light of the representations advanced in Proposed Intervenor Herring Network, Inc.'s Motion to Intervene for the Limited Purpose of Unsealing the Court's Docket and Related Records (ECF No. 7), filed under seal on December 11, 2023, the United States of America is hereby

**ORDERED TO SHOW CAUSE** why this matter should not be unsealed and the Court file returned to the public record. The Government's Response to this Sealed Order to Show Cause is due on or before **December 27, 2023**. The Government may file its Response under seal.

**DONE AND ORDERED** in Chambers in Miami, Florida this 14th day of December, 2023.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Assistant U.S. Attorney Robert J. Emery

1