UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-mj-03829-LOUIS

UNITED STATES OF AMERICA,

v.

JUAN ANDRES DONATO BAUTISTA,

    Defendant.
_____/

## GOVERNMENT'S RESPONSE TO HERRING NETWORKS, INC.'S MOTION TO INTERVENE AND GOVERNMENT'S MOTION TO UNSEAL WITHOUT PREJUDICE

    Comes now the United States of America, by and through its undersigned attorneys, and hereby responds to Herring Networks, Inc.'s (d/b/a One America News Network) motion to intervene for the limited purpose of unsealing the Court's docket and related records ("Motion to Unseal"), and respectfully moves the Court to unseal this matter – including the complaint and arrest warrant. The defendant has been arrested and is currently pending extradition to the United States. The government notes that circumstances may necessitate future sealing of docket entries and/or related records, and thus, reserves the right to seek such relief of the Court, if warranted.

    Respectfully submitted this 27th day of December 2023.

| | |
|---|---|
| GLENN S. LEON<br>CHIEF<br>Fraud Section, Criminal Division<br>United States Department of Justice | MARKENZY LAPOINTE<br>UNITED STATES ATTORNEY<br>Southern District of Florida |
| | *(signature)*<br>for ROBERT J. EMERY<br>Assistant United States Attorney |
| *(signature)*<br>for MICHAEL C. DILORENZO<br>Trial Attorney<br>ALEXANDER KRAMER<br>Assistant Chief | |

| | |
|---|---|
| Fraud Section, Criminal Division | U.S. Attorney Office |
| U.S. Department of Justice | Southern District of Florida |
| 1400 New York Avenue, N.W. | 99 N.E. 4th Street, 7th Floor |
| Washington, D.C. 20530 | Miami, Florida 33132 |
| Tel.:  202-549-3978 | Tel.:  305-961-9421 |
| Tel.:  202-768-1919 | Tel.:  305-536-7213 |
| Email: Michael.dilorenzo2@usdoj.gov | Email: Robert.emery2@usdoj.gov |
| Email: Alexander Kramer@usdoj.gov | |

CERTFICTATE OF SERVICE

I hereby certify that a copy of the foregoing was served on Dana J. McElroy, counsel for Herring Networks, Inc., via email on the 27th date of December 2023.

*/s/* _____
for Michel C. DiLorenzo
Trial Attorney