UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 24-CR-20343
WILLIAMS-GOODMAN

-vs-

JORGE MIGUEL VASQUEZ,

    Defendant.
_____/


### NOTICE OF PERMANENT APPEARANCE AS COUNSEL

**COMES NOW,** Frank A. Rubino, Esquire and hereby files this appearance as counsel for the above-named defendant.  Counsel agrees to represent the defendant for all proceedings in the United States District Court in and for the Southern District of Florida.  This representation is not for any appeal.

    DATED:   August 12, 2024

Respectfully submitted,

FRANK A. RUBINO, ESQUIRE
550 Biltmore Way
Suite 780
Coral Gables, FL   33134
(305)  858-5300 telephone
(305)  350-2001 fax
Frank@frankrubino.com

(S)   *Frank A. Rubino*   _
FRANK A. RUBINO, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case this 12th day of August 2024.

(S)  *Frank A. Rubino*   _
FRANK A. RUBINO, ESQUIRE