# COURT MINUTES

## Magistrate Judge Panayotta Augustin-Birch

**Atkins Building Courthouse 9th Floor**   Date: 9/3/2024   Time: 10:00 a.m.

Defendant: Roger Martinez    J#: BOND    Case #: 24-20343-CR-WILLIAMS
AUSA: Michelle Vigilance    Attorney: Curtis Miner, Retained
Violation: Money Laundering
Proceeding: Report Re:Counsel, Arraignment    CJA Appt:
Bond/PTD Held: ☐ ☐    Recommended Bond:
Bond Set at: $8.5 million w/$200,000 cash deposited -STIP    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Spanish

**Disposition:**

**Brady Order given 8/12/24**

Counsel has filed a **PERMANENT**

Notice of Appearance on ECF (DE 32)

**Defendant Arraigned**

*Reading of Indictment Waived*

*Not Guilty Plea Entered*

*Jury Trial Demanded*

*Standing Discovery Order Requested*

**The ore tenus request for the**

**Standing Discovery Order is GRANTED**

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:06:28    Time in Court: 3