UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20343-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGER ALEJANDRO PIÑATE MARTINEZ
and JORGE MIGUEL VASQUEZ,

    Defendants.

_____ /

**UNOPPOSED MOTION FOR A STATUS CONFERENCE
TO RE-SET PRE-TRIAL DEADLINES AND TRIAL DATE**

    Defendant Jorge Vasquez ("Mr. Vasquez") was arraigned on August 12, 20204, and Defendant Roger Piñate ("Mr. Piñate") was arraigned on September 3, 2024, on an indictment charging Conspiracy to Violate the Foreign Corrupt Practices Act, violation of the Foreign Corrupt Practices Act, Conspiracy to Commit Money Laundering, and three counts of International Laundering of Monetary Instruments. The conspiracies alleged in the indictment span three years, from 2015 to 2018. [ECF#12.] On September 11, 2024, the Court entered its Order Setting Pre-Trial Schedule and Procedures. [ECF#37.] Pursuant to that Order, this case is scheduled for a calendar call on October 1, 2024, and for trial during the two-week period

commencing on October 7, 2024. The deadline to file pre-trial motions is October 1, 2024.

The parties respectfully request that in lieu of a calendar call, the Court hold a status conference on October 1, 2024, or on such other date as is convenient for the Court, to address pre-trial deadlines and a realistic trial date. The Government provided initial discovery on August 28, 2024, in the form of four external hard drives, totaling over 1.3 terabytes of data including documents produced by Google, LLC, Microsoft Corporation, Yahoo, Inc., the Republic of the Philippines Commission on Elections, the Taiwan Ministry of Justice, and numerous international banks. The Government produced further discovery on September 19, 2024, totaling over 1.4 terabytes of data and including, *inter alia,* 2703(d) certificates, Customs and Border Patrol records, and laptop and cell phone images. This material has not yet been fully processed by the Defendants or uploaded to a discovery review platform. In addition, a substantial amount of the voluminous discovery produced to date contains foreign language documents and the production does not include translations. Translating this material, the complete volume of which is unknown, will take considerable time. The Government is in the process of producing additional discovery.

Given the volume of the discovery, the international character of the evidence and the potential witnesses, and the scope and timeframe of the allegations in the indictment, the parties propose that the Court schedule this case for trial no sooner than August 2025, ten months after the initial trial date, as the Court's calendar permits. The parties further request that the Court continue the pre-trial motions

deadline currently scheduled for October 1, 2024. The parties agree that time from the date of filing this Motion through the rescheduled trial date is excluded from the deadline for trial as computed under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

AUSA Robert Emery has authorized the undersigned to state that the Government does not oppose the requested relief sought herein.

Dated: September 25, 2024.

Respectfully submitted,

COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel: (305) 476-7400

By: /s/ *Curtis Miner*
Curtis Miner, Esq.
(Florida Bar No. 885681)
E-mail: curt@colson.com

*Counsel for Defendant Roger A. Piñate*

FRANK A. RUBINO, ESQ., P.A.
550 Biltmore Way, Suite 780
Coral Gables, Florida 33134-5784
Tel: (305) 858-5300

By: /s/ *Frank A. Rubino*
Frank A. Rubino, Esq.
(Florida Bar No. 209171)
E-mail: frank@frankrubino.com

*Counsel for Defendant Jorge M. Vasquez*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent an e-mail notification of such filing to all CM/ECF participants in this case on September 25, 2024.

By: */s/ Curtis Miner*
Curtis Miner, Esq