UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20343-WILLIAMS

UNITED STATES OF AMERICA

vs.

JUAN ANDRES DONATO BAUTISTA,
ROGER ALEJANDRO PINATE MARTINEZ,
JORGE MIGUEL VASQUEZ, and
ELIE MORENO,

   **Defendants.**
_____/

## NOTICE OF AUTHORIZATION TO PROCEED

The United States hereby files this notice of authorization to proceed in the above-captioned case. The Department of Justice conducted a detailed review of the instant case as contemplated by Executive Order 14209, 90 Fed. Reg. 9587 (Feb. 10, 2025), and intends to proceed to trial.

Respectfully submitted,

| | |
|---|---|
| HAYDEN P. O'BYRNE<br>UNITED STATES ATTORNEY | LORINDA I. LARYEA<br>ACTING CHIEF, FRAUD SECTION |
| By: /s/ *Robert J. Emery*<br>  Robert J. Emery<br>  Assistant United States Attorney<br>  Court ID No. A5501892<br>  99 Northeast 4th Street<br>  Miami, Florida 33132-2111<br>  Tel: (305) 961-9421<br>  Fax: (305) 536-4651<br>  Robert.emery2@usdoj.gov | By: /s/ *Jil Simon*<br>  Jil Simon (A5502756)<br>  Michael DiLorenzo<br>  Connor Mullin<br>  Trial Attorneys<br>  1400 New York Avenue NW<br>  Washington, DC 20005<br>  Tel: (202) 514-3257<br>  Jil.Simon@usdoj.gov |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the Service List below in the manner specified.

/s/ *Jil Simon*
Jil Simon
DOJ Trial Attorney

## SERVICE LIST

| Party | Counsel |
|---|---|
| Roger Alejando Piñate Martinez | Curt Miner, ESQ.<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>(305) 476-7436<br>curt@colson.com<br>**via Notice of Electronic Filing generated by CM/ECF** |

| Party | Counsel |
|---|---|
| Jorge Miguel Vasquez | Frank A. Rubino, ESQ.<br>550 Biltmore Way<br>Suite 780<br>Coral Gables, FL 33134<br>(305) 858-5300<br>frank@frankrubino.com<br>**via Notice of Electronic Filing generated by CM/ECF** |