UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-20343-KMW

UNITED STATES OF AMERICA,

    Plaintiff

vs.

JUAN ANDRES DONATO BAUTISTA,
et al.

    Defendants.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
JUAN ANDRES DONATO BAUTISTA**

Julia Stepanova of the law firm of Barnes & Thornburg LLP hereby gives notice to this Court and counsel of her appearance as counsel of record on behalf of Defendant Juan Andres Donato Bautista.

Dated: April 17, 2025

Respectfully submitted,

By: _/s/ Julia Stepanova_
Julia Stepanova (FBN 1021185)
BARNES & THORNBURG LLP
4540 PGA Boulevard, Suite 208
Palm Beach Gardens, FL 33418
Telephone: (561) 473-7560
Facsimile: (561) 473-7561
E-Mail: Julia.Stepanova@btlaw.com

*Counsel for Defendant Juan Andres Donato Bautista*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on April 17, 2025.

By: __/s/ Julia Stepanova__
JULIA STEPANOVA