UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-20343-KMW

UNITED STATES OF AMERICA,

    Plaintiff

vs.

JUAN ANDRES DONATO BAUTISTA,
et al.

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of G. Scott Hulsey of the law firm of Barnes & Thornburg, LLP, 3340 20004, (202) 289-1313, for purposes of appearance as co-counsel on behalf of Defendant Juan Andres Donato Bautista in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit G. Scott Hulsey to receive electronic filings in this case, and in support thereof states as follows:

    1.    G. Scott Hulsey is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Bar and the U.S. District Court of D.C.; the Georgia Bar and the U.S. District Court for the Northern District of Georgia; the New York Bar, and the California Bar.

2. Movant, Julia Stepanova, Esquire, of the law firm of Barnes & Thornburg, LLP, 2121 N. Pearl St., Suite 700, Dallas, TX 75201, (214) 258-4200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, G. Scott Hulsey has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. G. Scott Hulsey, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to G. Scott Hulsey at email address: scott.hulsey@btlaw.com.

WHEREFORE, Julia Stepanova, moves this Court to enter an Order G. Scott Hulsey, to appear before this Court on behalf of Defendant Juan Andres Donato Bautista, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to G. Scott Hulsey.

Date: April 17, 2025                                Respectfully submitted,

*/s/ Julia Stepanova*

Julia Stepanova, Esq.
Florida Bar No. 1021185
BARNES & THORNBURG LLP
4540 PGA Boulevard, Suite 208
Palm Beach Gardens, FL 33418
Telephone: (561) 473-7560
Facsimile: (561) 473-7561
E-Mail: julia.stepanova@btlaw.com

*Counsel for Defendant Juan Andres Donato Bautista*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-20343-KMW

UNITED STATES OF AMERICA,

      Plaintiff

vs.

JUAN ANDRES DONATO BAUTISTA,
et al.

      Defendants.

_____/

**CERTIFICATION OF G. SCOTT HULSEY**

G. Scott Hulsey, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia Bar and the U.S. District Court of D.C.; the Georgia Bar and the U.S. District Court for the Northern District of Georgia; the New York Bar and the California Bar; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

Date: April 17, 2025

Respectfully submitted,

*/s/ G. Scott Hulsey*
G. Scott Hulsey, Esq.
BARNES & THORNBURG LLP
3340 Peachtree Rd NE, Suite 2900
Atlanta, GA 30326-1092
Phone: (404) 846-1693

*Counsel for Defendant Juan Andres Donato Bautista*