UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20343-KMW/Goodman

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGER ALEJANDRO PIÑATE MARTINEZ,

    Defendant.

_____/

**NOTICE OF FILING DEFENDANT ROGER PIÑATE'S
WAIVER OF EXTRADITION OR REMOVAL**

Pursuant to this Court's Order (ECF No. 134), Roger Piñate, by and through his undersigned attorney hereby files his Waiver of Extradition or Removal (attached as Exhibit A).

Dated: June 2, 2025                      Respectfully submitted,

                                              COLSON HICKS EIDSON, P.A.
                                              255 Alhambra Circle, Penthouse
                                              Coral Gables, Florida 33134
                                              Tel: (305) 476-7400

                                              By: /s/ *Curtis B. Miner*_____
                                                    Curtis B. Miner, Esq.
                                                    (Florida Bar No. 885681)
                                                    E-mail: curt@colson.com
                                                    Thomas A. Kroeger, Esq.
                                                    (Florida Bar No. 19303)
                                                    E-mail: tom@colson.com

>MORGAN, LEWIS & BOCKIUS, LLP
>1111 Pennsylvania Avenue NW
>Washington, DC 20004-2541
>Tel: 202-739-5932
>Sandra L. Moser, Esq. (*pro hac vice*)
>E-mail: Sandra.moser@morganlewis.com
>Justin D. Weitz, Esq. (*pro hac vice*)
>E-mail: Justin.weitz@morganlewis.com
>
>*Counsel for Defendant Roger Alejandro Piñate Martinez*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on June __, 2025.

>*/s/ Curtis B. Miner*
>Curtis B. Miner, Esq.