UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20343-CR-KMW

UNITED STATES OF AMERICA

vs.

JUAN ANDRES DONATO BAUTISTA, et al.

        Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court following the Government's Motion to Clarify Costs Covered by the United States Attorney's Office for the Southern District of Florida for the Rule 15 Deposition taking place in Taipei, Taiwan, it is:

**ORDERED AND ADJUDGED** that the Government's Motion is Granted. The United States Attorney's Office for the Southern District of Florida shall cover all costs related to the videographer's trip to Taipei, Taiwan for the Rule 15 Deposition of witnesses. The expenses include, but are not limited to: videographer fees for the deposition, travel time, airfare, lodging at the government rate, meal per diem, transportation within the city, and other costs related to the trip.

**DONE AND ORDERED** in chambers at Miami, Florida this 18th day of June 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

*Copies to counsel of record*