UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20343-KMW

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

ROGER ALEJANDRO PIÑATE MARTINEZ, and
JORGE MIGUEL VASQUEZ,
    Defendants.
_____/

## ORDER RESETTING PRETRIAL DEADLINES

This matter having come before the Court on Mr. Vasquez's Unopposed Motion to Continue Trial and Corresponding Deadlines and on the Parties' Jointly Proposed Pretrial Deadlines, it is hereby **ORDERED** that the following pretrial schedule be adopted:

| Date | Deadline |
|---|---|
| **December 31, 2025** | Vasquez expert disclosure |
| **February 23, 2026** | Government's preliminary exhibit and witness lists |
| **March 2, 2026** | Defendants' preliminary exhibit and witness lists |
| **March 9, 2026** | Motions *in limine* |
| **March 23, 2026** | Responses to motions *in limine* |
| **April 6, 2026** | Proposed *voir dire*, jury instructions, verdict form, Jencks, and reverse Jencks |
| **April 10, 2026** | Government's and defendants' updated exhibit and witness lists |

9/3/25

THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE