# Exhibit B

From: Simon, Jil (CRM) <Jill.Simon@usdoj.gov>
Sent: Monday, January 13, 2025 12:51 PM
To: Martinez, Barbara A (MIA - X27506) <Barbara.Martinez@hklaw.com>; Ferrer, Wifredo A (MIA - X27780) <Wifredo.Ferrer@hklaw.com>; Ovejero, Marcelo J (MIA - X27505) <Marcelo.Ovejero@hklaw.com>
Cc: DiLorenzo, Michael (CRM) <Michael.DiLorenzo2@usdoj.gov>; Mullin, Connor (CRM) <Connor.Mullin2@usdoj.gov>; Emery, Robert (USAFLS) <Robert.Emery2@usdoj.gov>
Subject: RE: Interview two Smartmatic Employees

[External.email].

Hi Barbara:

We understand the need to carefully consider the tolling agreement extension and any additional advocacy presentation, but what you've set out doesn't fit with our timing.  As we mentioned on the call last week, we are working diligently to make our final assessments of the case against Smartmatic.  Given that, we need to hear sooner regarding whether the company will be extending the tolling agreement and whether you would like to come in and present additional information for our consideration in making our assessments.  In particular, the presentation will need to be scheduled prior to February 10th.

Please let us know if you would like to discuss.

Thank you,

Jil


From: Barbara.Martinez@hklaw.com <Barbara.Martinez@hklaw.com>
Sent: Friday, January 10, 2025 7:00 PM
To: Emery, Robert (USAFLS) <REmery@usa.doj.gov>; Wifredo.Ferrer@hklaw.com; Marcelo.Ovejero@hklaw.com
Cc: DiLorenzo, Michael (CRM) <Michael.DiLorenzo2@usdoj.gov>; Simon, Jil (CRM) <Jill.Simon@usdoj.gov>; Mullin, Connor (CRM) <Connor.Mullin2@usdoj.gov>
Subject: [EXTERNAL] RE: Interview two Smartmatic Employees

Hi Robb,

 Unfortunately, interviews next week are not going to work.  ▮▮▮▮▮▮ is taking vacation time.  We are working through scheduling and will get you some proposed dates later in January.  We just wanted you to know for planning purposes.

Also, we will be meeting with the client in person in a couple of weeks to discuss the tolling agreement and the opportunity to present additional information to you.  We are cognizant that you want this sooner than later.  Obviously, these are important issues, so we are carefully considering them - but we will move as quickly as logistically possible.

Best,

Barbara

Barbara Martinez | Holland & Knight
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7506 | Fax 305.789.7799
barbara.martinez@hklaw.com | www.hklaw.com

_____

Add to address book | View professional biography