**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-CR-20343-KMW

UNITED STATES OF AMERICA,

                Plaintiff,

v.

SGO CORPORATION LIMITED,

                Defendant.

_____/

### MOTION TO SEAL PORTIONS OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF SGO CORPORATION LIMITED'S MOTION TO DISMISS FOR VINDICTIVE AND SELECTIVE PROSECUTION

COMES NOW the Defendant, SGO Corporation Limited ("SGO"), by and through undersigned counsel, and hereby respectfully requests that this Honorable Court file the following pleading with portions, and one related exhibit, sealed:  Reply Memorandum of Law in Further Support of SGO Corporation Limited's Motion to Dismiss for Vindictive and Selective Prosecution ("the Reply").

As grounds in support, portions of the Reply, and one related exhibit, contain details of additional governmental actions.  These details are not publicly known.  Providing further information in this public filing would reveal the nature of the information sought to be sealed.  If additional details regarding the grounds of this Motion to Seal are required, undersigned counsel is prepared to provide further information *in camera*.  Undersigned counsel has only redacted the portions of the Reply, and one related exhibit, that contain sensitive nonpublic information.  The Defendant respectfully requests that the redacted portions of the Reply, and one related exhibit, be sealed permanently, or, in the alternative, for a period of no less than five (5) years.

SGO's lead counsel met and conferred about the instant Motion to Seal with DOJ Fraud Section Attorney Connor Mullin who stated, "The government is not aware of the contents of defendant SGO's proposed exhibit and therefore cannot take a position on the need for sealing."

For the foregoing reasons, the Defendant seeks to seal the redacted portions of the Reply, along with one related exhibit, permanently, or, in the alternative, for a period of no less than five (5) years.

Respectfully submitted,

**Sweetnam Schuster & Schwartz, LLC**

*s/ Joseph M. Schuster*
Joseph M. Schuster, Esq.
101 N.W. 8th Street
Suite 200, Unit 12
Miami, FL 33136
Tel:  305-610-8330
Email: jschuster@sweetnamlaw.com
FL Bar No.:  0115812

3

## CERTIFICATE OF CM/ECF SERVICE

I HEREBY CERTIFY that on April 13, 2026, I presented the foregoing to the Clerk of the

Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to

the corresponding parties.

By:   *s/ Joseph M. Schuster*
Joseph M. Schuster

3