UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20343-KMW

UNITED STATES OF AMERICA,

Plaintiff,

v.

SGO CORPORATION LIMITED,

Defendant.

_____/

### ORDER SEALING
### PORTIONS OF REPLY MEMORANDUM
### OF LAW IN FURTHER SUPPORT OF SGO CORPORATION LIMITED'S
### MOTION TO DISMISS FOR VINDICTIVE AND SELECTIVE PROSECUTION

**THIS MATTER** having come before the Court on the Defendant's Motion to Seal Portions of Reply Memorandum of Law in Further Support of SGO Corporation Limited's Motion to Dismiss for Vindictive and Selective Prosecution, it is hereby,

**ORDERED AND ADJUDGED** that the redacted Portions of the Reply Memorandum of Law in Further Support of SGO Corporation Limited's Motion to Dismiss for Vindictive and Selective Prosecution, and one related exhibit, are permanently sealed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _14th_ day of April 2026.

HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE