**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 24-cr-20343-KMW**

**UNITED STATES OF AMERICA**,

      **Plaintiff,**

**v.**

**SGO CORPORATION LIMITED,**
**a/k/a "Smartmatic,"**

      **Defendant.**

                           /

**DEFENDANT SGO CORPORATION LIMITED'S**
**NOTICE OF NON-OPPOSITION**

Defendant SGO Corporation Limited ("SGO") hereby gives notice that, as a condition of the government agreeing not to oppose SGO's request to take the depositions set forth in Defendant SGO's Motion to Take Rule 15 Depositions [Doc. 376], SGO agrees that it will not oppose the use by the government at trial of (1) the deposition of Joyce Huang, taken on June 19, 2025, or (2) the deposition of Hui-Ling Yeh, taken on June 20, 2025, on the basis of SGO's non-participation in those depositions or on Confrontation Clause grounds.   SGO, however, reserves all other objections to the admissibility of the testimony (*e.g.*, relevance, hearsay, Fed. R. Evid. 403).

      Dated: April 24, 2026

                        Respectfully submitted,

                        */s/ Christopher C. Marquardt*
                        Jenny Kramer (admitted *pro hac vice*)
                        **ALSTON & BIRD LLP**
                        90 Park Avenue
                        New York, NY 10016
                        Phone: (212) 210-9420
                        Jenny.Kramer@alston.com

Christopher C. Marquardt
1201 West Peachtree Street, NE
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Chris.Marquardt@alston.com

*Counsel for SGO Corporation Limited*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on April 24, 2026.

/s/ Christopher C. Marquardt
Christopher C. Marquardt
ALSTON & BIRD LLP

3