**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 24-cr-20343-KMW**

**UNITED STATES OF AMERICA**,

      **Plaintiff,**

**v.**

**SGO CORPORATION LIMITED,**
**a/k/a "Smartmatic,"**

      **Defendant.**

_____/

### SGO CORPORATION LIMITED'S MOTION TO JOIN AND ADOPT JORGE VASQUEZ'S MOTION TO SUPPRESS (DE 128)

SGO Corporation Limited (SGO) respectfully requests that the Court allow it to join and adopt co-defendant Jorge Vasquez's Motion to Suppress (DE 128). For the same reasons articulated by Mr. Vasquez in his Motion to Suppress, SGO asks the Court to suppress any documents or items seized from Mr. Vasquez's electronic devices.

Undersigned counsel conferred with government, which opposes this motion.

Dated: May 4, 2026

Respectfully submitted,

*/s/ Christopher C. Marquardt*
Jenny Kramer (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9420
Jenny.Kramer@alston.com

Christopher C. Marquardt
1201 West Peachtree Street, NE
Atlanta, GA 30309-3424
Phone: (404) 881-7000

Chris.Marquardt@alston.com

*Counsel for SGO Corporation Limited*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on May 4, 2026.

/s/ Christopher C. Marquardt
Christopher C. Marquardt
ALSTON & BIRD LLP