UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 24-cr-20343-KMW

UNITED STATES OF AMERICA,

      **Plaintiff,**

**v.**

**SGO CORPORATION LIMITED,**
a/k/a "Smartmatic,"

      **Defendant.**

                        /

### SGO CORPORATION LIMITED'S UNOPPOSED MOTION TO JOIN AND ADOPT ROGER PIÑATE AND JORGE VASQUEZ'S MOTION TO COMPEL PROPER NOTICE UNDER RULE 404(b) (DE 253)

SGO Corporation Limited (SGO) respectfully requests that the Court allow it to join and adopt co-defendants Roger Piñate and Jorge Vasquez's Motion to Compel Proper Notice Under Rule 404(b) of the Federal Rules of Evidence (the "Motion") (DE 253). For the same reasons articulated by Messrs. Piñate and Vasquez in their Motion to Compel, SGO asks the Court to compel proper notice of all Rule 404(b) evidence it may offer at trial.

Undersigned counsel conferred with government, which does not oppose this motion. The government indicated its opposition to the relief sought in the Motion to Compel Proper Notice Under Rule 404(b).

Dated: May 4, 2026

                            Respectfully submitted,

                            */s/ Christopher C. Marquardt*
                            Jenny Kramer (admitted *pro hac vice*)
                            **ALSTON & BIRD LLP**
                            90 Park Avenue
                            New York, NY 10016
                            Phone: (212) 210-9420

Jenny.Kramer@alston.com

Christopher C. Marquardt
1201 West Peachtree Street, NE
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Chris.Marquardt@alston.com

*Counsel for SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on May 4, 2026.

*/s/ Christopher C. Marquardt*
Christopher C. Marquardt
ALSTON & BIRD LLP