**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 24-cr-20343-KMW**

**UNITED STATES OF AMERICA**,

     **Plaintiff,**

**v.**

**SGO CORPORATION LIMITED,**
**a/k/a "Smartmatic,"**

     **Defendant.**

_____/

**SGO CORPORATION LIMITED'S UNOPPOSED MOTION TO JOIN AND ADOPT**
**JORGE VASQUEZ'S MOTION TO COMPEL**
**MR. VASQUEZ'S STATEMENTS (DE 370)**

SGO Corporation Limited (SGO) respectfully requests that the Court allow it to join and

adopt co-defendant Jorge Vasquez's Motion to Compel Mr. Vasquez's Statements (DE 370).  For

the same reasons articulated by Vasquez in his Motion to Compel, SGO asks the Court to compel

Mr. Vasquez's statements.

Undersigned counsel conferred with government, which does not oppose this motion. The

government indicated its opposition to the relief sought in the Motion to Compel Mr. Vasquez's

Statements.

Dated: May 4, 2026

Respectfully submitted,

*/s/ Christopher C. Marquardt*
Jenny Kramer (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9420
Jenny.Kramer@alston.com

Christopher C. Marquardt
1201 West Peachtree Street, NE
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Chris.Marquardt@alston.com

*Counsel for SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on May 4, 2026.

*/s/ Christopher C. Marquardt*
Christopher C. Marquardt
ALSTON & BIRD LLP