**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

                  Plaintiff,

      v.

SGO CORPORATION LIMITED,

                  Defendant.

Case No. 24-cr-20343 (KMW)

**MOTION TO SEAL SGO CORPORATION LIMITED'S**
**MOTION TO DISMISS THE SUPERSEDING INDICTMENT**

COMES NOW the Defendant, SGO Corporation Limited ("SGO"), and hereby respectfully requests that this Court seal a soon-to-be filed Motion to Dismiss.

The Motion to dismiss relates to procedures undertaken by the filter and prosecution teams in this matter. Public filing of the motion could jeopardize the privileged status of information discussed in the Motion. If additional details regarding the grounds for this Motion to Seal are required, undersigned counsel is prepared to provide further information *in camera*.

Defense counsel met and conferred with the government, and the government advised that it does not oppose the sealing of the Motion to Dismiss.

For the foregoing reasons, SGO respectfully requests that the Motion to Dismiss be sealed permanently.

2

Date:   May 28, 2026

/s/ *Christopher C. Marquardt*
Jenny Kramer (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9420
Jenny.Kramer@alston.com


Christopher C. Marquardt
1201 West Peachtree Street, NE
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Chris.Marquardt@alston.com


*Counsel for SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2026, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the corresponding parties.

*/s/ Christopher C. Marquardt*
Christopher C. Marquardt
ALSTON & BIRD LLP