**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

                  Plaintiff,

      v.

SGO CORPORATION LIMITED,

                  Defendant.

Case No. 24-cr-20343 (KMW)

**SGO CORPORATION LIMITED'S MOTION TO**
**EXTEND THE DEADLINE FOR COMPLETING RULE 15 DEPOSITIONS**

Defendant SGO Corporation Limited's ("SGO") respectfully requests this Court to extend the deadline for completing Rule 15 depositions from August 19, 2026 to October 23, 2026. As of now, the parties are no closer to scheduling the depositions of the Philippine Commission on Elections' ("COMELEC") Ms. Villaflor-Roxas and Mr. Tolentino. Given the delay that has already occurred as well as the challenges of witness availability and summer travel schedules, the parties are unlikely to be in a position to schedule and complete the depositions on or before August 19, the current deadline.

The parties have conferred and the government has advised that it does not oppose an extension of time but proposed September 18, 2026 as the new deadline by which to complete Rule 15 depositions as opposed to October 23, 2026 because that is the "week before preliminary exhibit and witness lists are due."

This Court should adopt the later, October date for several reasons. *First*, SGO believes that additional time is necessary in light of its experience coordinating with the government regarding the scheduling of Rule 15 depositions of the COMELEC witnesses. Over the course of the last few months, the government has provided unhelpful and inconsistent information

regarding witness availability for depositions and has refused to provide its correspondence with COMELEC in response to our requests.  In addition, Defendants previously offered three potential weeks in June and July and the government indicated it was only available for a few days the week of June 22, thereby limiting available options.

Having been on notice since March 10, 2026 that defense counsel intends to depose Ms. Villaflor-Roxas and Mr. Tolentino, the government shared no information about any communications it had with COMELEC in this regard for almost three months.  On June 4, counsel received correspondence from COMELEC indicating that it was not in a position to accept service on behalf of either witness, despite their coterminous and consultancy positions, but agreed to forward the subpoenas as a courtesy. Less than 24 hours later, on the morning of June 5, COMELEC informed the government which, in turn, at 5pm that evening, informed defense counsel, that it would in fact facilitate Ms. Villaflor-Roxas's deposition on June 25.  The government advised that COMELEC did not yet know about Mr. Tolentino.

In light of the above, namely the uncertainty about Mr. Tolentino's availability for a deposition as well as the fast approaching travel dates, the parties agreed to request an extension of time by which to conduct the same.

On June 9, the government informed defense counsel that Ms. Villaflor-Roxas—who as of June 5 was available for her deposition—"is scheduled to be away on travel on June 25"; therefore, her deposition cannot occur on June 25.  The government assured that COMELEC would provide defense counsel with an update regarding Ms. Villaflor-Roxas's future availability.  And to date, defense counsel still awaits a response regarding Mr. Tolentino's availability for a deposition.

*Second*, even if the government were to work diligently towards facilitating these depositions as it previously represented it would do, the availability of Ms. Villaflor-Roxas and

Mr. Tolentino in August or early September is uncertain.[1]  In addition, and in light of the fact that the Philippines observes several important holidays in August and early September, defense counsel would prefer not to burden this Court with repeated requests for extensions of time for completing Rule 15 depositions due to the unavailability of these witnesses.  Of course, the hope is to conduct these depositions in advance of the proposed October deadline.

*Third*, the testimony of COMELEC's Ms. Villaflor-Roxas and Mr. Tolentino is material to the defense in light of the government's shifting theory of the case.  The original Indictment focused on the process for the awarding contracts, while the Superseding Indictment alleges that the Defendants engaged in a bribery scheme to obtain milestone and VAT payments in connection with the previously awarded contracts with COMELEC.  Therefore, it is material to the defense for the jury to understand the detailed processes and review that were undertaken before the approval of milestone payments.

Based on the foregoing, SGO respectfully requests that this Court extend the deadline by which to conduct Rule 15 depositions from August 19, 2026 to October 23, 2026.

---

[1] Taking these depositions in July is similarly not possible.  The government indicated that it is not available on the previously proposed July dates.

Date:   June 10, 2026

/s/ *Christopher C. Marquardt*
Jenny Kramer (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9420
Jenny.Kramer@alston.com


Christopher C. Marquardt
1201 West Peachtree Street, NE
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Chris.Marquardt@alston.com


*Counsel for SGO Corporation Limited*

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 10, 2026, I presented the foregoing to the Clerk of the

Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to

the corresponding parties.

*/s/ Christopher C. Marquardt*
Christopher C. Marquardt
ALSTON & BIRD LLP

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-CR-20343-KMW

UNITED STATES OF AMERICA,

                Plaintiff,

v.

SGO CORPORATION LIMITED,

                Defendant.

_____/

**ORDER GRANTING SGO CORPORATION LIMITED'S MOTION TO**
**EXTEND THE DEADLINE FOR COMPLETING RULE 15 DEPOSITIONS**

**THIS MATTER** having come before the Court on Defendant SGO Corporation Limited's

Motion to extend the deadline for completing all Rule 15 depositions, it is hereby,

**ORDERED** that the deadline for completing all Rule 15 depositions is set on October 23,

2026.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of June 2026.

_____
HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE