**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-CR-20343-KMW

UNITED STATES OF AMERICA,

                Plaintiff,

v.

SGO CORPORATION LIMITED,

                Defendant.

_____/

## ORDER GRANTING SGO CORPORATION LIMITED'S MOTION TO EXTEND THE DEADLINE FOR COMPLETING RULE 15 DEPOSITIONS

**THIS MATTER** having come before the Court on Defendant SGO Corporation Limited's

Motion to extend the deadline for completing all Rule 15 depositions, it is hereby,

**ORDERED** that the deadline for completing all Rule 15 depositions is set on October 23,

2026.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of June 2026.

_____
HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE