**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SGO CORPORATION LIMITED,<br>Defendant. | Case No. 24-cr-20343 (KMW) |

**SGO CORPORATION LIMITED'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 7.8, Defendant SGO Corporation Limited ("SGO") submits this Notice of Supplemental Authority in support of its motion to compel discovery in relation to SGO's pending motion to dismiss (ECF No. 406). The supplemental authority is an October 8, 2026 order (enclosed as **Exhibit A**) by the United States District Court for the District of Massachusetts, denying the government's appeal of, and affirming in full, the Magistrate Court's April 1, 2026 order (enclosed as **Exhibit B**) in *United States v. Kseniia Petrova*, No. 25-cr-10272-LTS.

*Petrova* involves a materially similar motion to compel discovery related to the defendant's motion to dismiss for vindictive and selective prosecution. In the enclosed order, Judge Sorokin affirmed Magistrate Judge Dein's finding that the defendant had offered sufficient evidence to warrant discovery. Ex. A. The Court found, among other things, that "selective-prosecution discovery does not require comparators who 'acted virtually identically,'" *id*. at 4; that a defendant is entitled to discovery where he or she presents "some objective evidence tending to show the existence of prosecutorial vindictiveness," *id*. at 6–7; and the court may draw "reasonable inferences from the direct and circumstantial evidence," *id*. at 7–8.

Dated: October 16, 2026

/s/ *Joseph M. Schuster*
Joseph M. Schuster, Esq.
101 N.W. 8th Street
Suite 200, Unit 12
Miami, FL 33136
Tel: 305-610-8330
Email: jschuster@sweetnamlaw.com
FL Bar No.: 0115812

*Counsel for SGO Corporation Limited*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 16, 2026, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the corresponding parties.

By: /s/ *Joseph M. Schuster*
Joseph M. Schuster, Esq.