**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-cr-20343-KMW(s)**

**UNITED STATES OF AMERICA**

**vs.**

**ROGER ALEJANDRO PINATE MARTINEZ, and**
**JORGE MIGUEL VASQUEZ,**

**Defendants.**
______________________________________/

**UNITED STATES' NOTICE OF OMNIBUS RESPONSE TO DEFENDANT PINATE AND VASQUEZ'S REQUESTS FOR ELECTRONICALLY STORED AND RELATED INFORMATION**

The United States respectfully submits and attaches hereto, notice of its omnibus response to Defendants Piñate and Vasquez's requests for electronically stored and related information.[1]

Respectfully submitted,

LORINDA I. LARYEA
Chief

*/s/ Connor Mullin*
CONNOR MULLIN (A5503233)
PAT BROWN (A5503352)
White Collar and Corporate
Enforcement Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20530
Tel: (202) 993-4828
Connor.Mullin2@usdoj.gov

YARA LORENZO KLUKAS
Acting United States Attorney

*/s/ Robert J. Emery*
ROBERT J. EMERY
Assistant U.S. Attorney
Southern District of Florida
Court ID No. A5501892
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9421
Robert.Emery2@usdoj.gov

[1] The Government emailed counsel an unredacted version of the response.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system on November 13, 2026.

By: /s/ *Robert J. Emery*
Robert J. Emery
Assistant United States Attorney